**Order filed July 29, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00062-CV
_____

### IN RE CHRISTOPHER DUPUY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-89958**

---

## ORDER

On April 3, 2021, relator Christopher Dupuy filed a first amended petition for writ of mandamus, asking this court to compel the Honorable Brittanye Morris to set aside her January 12, 2021 order, which denies relator's Rule 91a motion to dismiss. *See* Tex. R. Civ. P. 91a.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration pursuant to section 132.001 of the Texas Civil Practices and Remedies

Code. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001.[1]

By this order, the court gives relator ten days' notice that the first amended petition will be dismissed for failure to comply with Rules 52.3(k(1)(1) and 52.7(a)(1) unless the deficiencies are cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] The legislature has provided an alternate method of meeting the requirement of sworn copies—an unsworn declaration. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001. An unsworn declaration must be in writing and subscribed by the person making the declaration as true under penalty of perjury. *Id.* § 132.001(c). Section 132.001(d) sets forth the jurat relator may use in an unsworn declaration:

> My name is, _____
>  (First)  (Middle)  (Last)
> my date of birth is _____, and my address is
> _____
>  (Street)  (City)  (State)  (Zip Code)
> and _____ I declare under penalty of
>  (Country)
> Perjury that the foregoing is true and correct.
> Executed in _____ County, State of _____
> on the _____ day of _____,_____
>  (Month)  (Year)
>
>  _____
>  (Declarant)

*Id.* 132.001(d).